STATE of Missouri, Respondent,

v.

**Deanthony C. GRIDDINE, Appellant.**

### No. WD 76160.

Missouri Court of Appeals, Western District.

April 8, 2014.

Chris Koster, Attorney General, Andrew C. Hooper, Assistant Attorney General, Jefferson City, MO, for Respondent.

Ruth B. Sanders, Special Public Defender, Kansas City, MO, for Appellant.

Before Division One: CYNTHIA L. MARTIN, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

Deanthony Griddine appeals his convictions and sentences, following a jury trial, for unlawful use of a weapon, under section 571.030, and armed criminal action, under section 571.015. Griddine claims that there is insufficient evidence to support his convictions because the State's evidence demonstrated only that he stood in the street and shot a firearm at a motor vehicle, and section 571.030.1(9) was enacted to criminalize the act of shooting a firearm *from* a motor vehicle, not *at* a motor vehicle. Finding no error, we affirm. Rule 30.25(b).